IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB -8 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr17 DCB-FKB

MAXIMILLIAN GOMEZ  18 U.S.C. § 2243(a)

**The Grand Jury Charges:**

That on or about August 2013, a more precise date being to the Grand Jury unknown, in Neshoba County, in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **MAXIMILLIAN GOMEZ**, did knowingly engage in a sexual act, to wit: contact between the penis and the vulva of a female Choctaw Indian who at the time had attained the age of 12 years but not 16 years, and was at least four years younger than the defendant, in violation of Sections 1153 and 2243(a), Title 18, United States Code.

/s/ Warren _____ for
GREGORY K. DAVIS
United States Attorney

A True Bill
S/Signature Redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this, the 8th day of February, 2017.

UNITED STATES MAGISTRATE JUDGE